## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR381 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ANGELA D. HARMS, ) | |
| ) | |
| Defendant. ) | |

The defendant has been accepted in the NOVA Theraputic Community for treatment. The United States Marshal is directed to provide the defendant with a thirty (30) day supply of the prescribed medication.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge