## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR381** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ANGELA D. HARMS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 106) to restrict the filing of the brief in support of the Defendant's motion for downward (Filing No. 108) pursuant to the E-Government Act.

IT IS ORDERED:

1.      The Defendant's motion (Filing No. 106) is granted; and

2.      The brief in support of the Defendant's motion for downward departure (Filing No. 108) shall be restricted pursuant to the E-Government Act.

DATED this 14th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge